UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EDWIN MADDEN,                              :

                         Petitioner,              :

              v.                            :

VICTOR HERBERT,                            :

                    Respondent.             :
-------------------------------------------------------------X

**MEMORANDUM AND ORDER**
01-CV-6188 (WFK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

On February 26, 2024, this Court dismissed Petitioner Edwin Madden's successive petition for a writ of habeas corpus for lack of subject-matter jurisdiction pursuant to 28 U.S.C. § 2244. Mem. and Order, ECF No. 43. In the same Memorandum and Order, this Court ordered no certificate of appealability be issued. *Id.*

On April 9, 2024, Petitioner moved this Court to reconsider its February 26th Memorandum and Order dismissing his successive petition for habeas corpus pursuant to Federal Rule of Civil Procedure 59(e). Mot. for Reconsideration, ECF No. 46. On April 22, 2024, this Court denied Petitioner's motion for reconsideration. *See* Apr. 22, 2024 Order.

Absent from the Court's April 22nd Order was a determination of whether to issue a certificate of appealability. *See generally id.*

For the reasons discussed in the Court's February 26th Memorandum and Order, Petitioner did not receive authorization for a successive petition from the U.S. Court of Appeals for the Second Circuit. *See generally* Mem. and Order, ECF No. 43. Because "jurists of reason would [not] find it debatable" whether Petitioner satisfied the requirements of 28 U.S.C. § 2244,

*see Slack v. McDaniel*, 529 U.S. 473, 484 (2000), this Court finds a certificate of appealability should not be issued with respect to the Court's April 22nd Order. *See* 28 U.S.C. § 2253.

The Clerk of Court is respectfully directed to mail a copy of this Memorandum and Order and an updated copy of the docket report to Petitioner.

**SO ORDERED.**

**s/WFK**

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated:  June 10, 2026
Brooklyn, New York